FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. HARDY JONES DEFENDANT(S). | CASE NUMBER SA13-264M-2 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _Friday, June 21_, _2013_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Jean P. Rosenbluth_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _6/19/13_

_[signature]_
U.S. ~~District Judge~~/Magistrate Judge
**JEAN P. ROSENBLUTH**

---